1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    KAREN M. TABORA,                         Case No.  25-cv-00250-TSH

8                    Plaintiff,
                                              **REFERRAL FOR PURPOSE OF**
9           v.                                **DETERMINING RELATIONSHIP**

10   DANIEL BOYD, et al.,

11                   Defendants.

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Kandis A. Westmore for consideration of whether the case is related to *Machado v.*

15   *Boyd*, 24-cv-03525-KAW.

16          **IT IS SO ORDERED.**

17

18   Dated: January 8, 2025

19

20

21                                            THOMAS S. HIXSON
                                              United States Magistrate Judge
22

23

24

25

26

27

28

United States District Court
Northern District of California